# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH MCDERMOTT,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **NO. 11-7343** |
| **SUPERINTENDENT PICKINS,** | : | |
| et al., | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 23rd day of April, 2013, upon consideration of the Petitioner's Motions for Reconsideration (Doc. Nos. 25 and 26) and For The Acceptance By This Court Of Case Law Verifications (Doc. No. 29), and the Response thereto, it is hereby **ORDERED** that the motions are **DENIED**.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.